IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ACCREDITED SURETY & CASUALTY COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LANA MATAR and MARCEL MATAR,<br><br>Defendants. | Case No. CV-23-91-H-BMM-JTJ<br><br>**ORDER STAYING PROCEEDINGS** |

The Parties, through a stipulated Motion, have moved the Court to stay these proceedings while the Parties continue to explore resolution of this matter. With good cause appearing therefore;

IT IS HEREBY ORDERED that the stipulated Motion is GRANTED and these proceedings are hereby stayed for a period of sixty (60) days.

IT IS FURTHER ORDERED that the Preliminary Pretrial Conference, currently scheduled for March 13, 2024, and all associated deadlines established in the Court's February 5, 2024 Order, are hereby VACATED.

The Parties shall file a status report with the Court on or before sixty (60) days from the date of this Order advising the Court of the status of the claims at issue in this case.

DATED this 7th day of March, 2024.

John Johnston
United States Magistrate Judge