IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ACCREDITED SURETY & CASUALTY COMPANY, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LANA MATAR and MARCEL MATAR,<br><br>　　　　Respondent. | Case No. CV-23-91-JTJ<br><br>**ORDER STAYING PROCEEDINGS** |

　　The Parties, through a stipulated Motion, have moved the Court to stay these proceedings while the Parties continue to work on settlement of this matter. With good cause appearing therefore; IT IS HEREBY ORDERED that the stipulated Motion is GRANTED and these proceedings are hereby stayed for an additional period of thirty (30) days. The Parties shall file a status report with the Court on or before thirty (30) days from the date of this Order advising the Court of the status of the parties' settlement negotiations or whether this litigation should proceed.

　　DATED this 6th day of June, 2024.

_____
John Johnston
United States Magistrate Judge