IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ACCREDITED SURETY & CASUALTY COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> LANA MATAR and MARCEL MATAR, <br><br> Respondent. | Case No. CV-23-91-H-JTJ <br><br> **ORDER STAYING PROCEEDINGS** |

The Parties, through a stipulated Motion, have moved the Court to stay these proceedings while the Parties continue to explore resolution of this matter and attempt to finalize a written settlement agreement. With good cause appearing therefore; IT IS HEREBY ORDERED that the stipulated Motion is GRANTED and these proceedings are hereby stayed for an additional period of thirty (30) days. The Parties shall file a status report with the Court on or before thirty (30) days from the date of this Order advising the Court of the status of the claims at issue in this case.

DATED this 6th day of September, 2024

_____
John Johnston
United States Magistrate Judge