IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ACCREDITED SURETY & CASUALTY COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LANA MATAR and MARCEL MATAR,<br><br>Defendants. | CV-23-91-H-JTJ<br><br>**ORDER** |

Upon the Stipulation of Dismissal (Doc. 50) and with good cause shown, **IT IS HEREBY ORDERED** all claims, cross-claims, third-party claims and causes of action by or against Accredited Surety & Casualty Company, Inc. and Lana Matar and Marcel Matar, are hereby dismissed with prejudice and without costs to any parties as against the others.

DATED this 24th day of October, 2024.

_____
John Johnston
United States Magistrate Judge

-1-